# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: AME CHURCH EMPLOYEE | ) | |
| RETIREMENT FUND LITIGATION | ) | MDL NO: 3035 |
| | ) | |

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE & REQUEST TO STAY ALL DEADLINES UNTIL THE STATUS CONFERENCE

Plaintiffs Rev. Pearce Ewing and Rev. Charles R. Jackson ("Plaintiffs") hereby move this Court, pursuant to Federal Rule of Civil Procedure 16(a), to convene a status conference at the Court's earliest convenience to address some initial matters in this litigation now that the Judicial Panel on Multidistrict Litigation (JPML) has consolidated all related cases into this Multi-District Litigation (MDL). Additionally, in the interests of judicial economy and a more orderly pleading stage, Plaintiffs ask the Court to consider staying all deadlines until a schedule can be established for the filing of consolidated pleadings and responses.

At an initial status conference, Plaintiffs suggest that the Court address at least the following matters: (1) Plaintiffs leadership structure; (2) a schedule for Plaintiffs to file a consolidated complaint, Defendants' responses to same, and a Rule 26(f) conference; (3) why the AME Church has, on its own initiative, mailed checks from Symetra Financial to named-Plaintiffs that indicate the payment as a "full surrender disbursement"; and (4) any further issues which the Court deems appropriate in this case. In support of this request, Plaintiffs state the following:

1. On March 22, 2022, Rev. Ewing filed a complaint against Newport Group, Inc. and others arising from the AME Church's announcement that it had uncovered "financial irregularities" in its retirement fund. It ultimately announced that at least $90,000,000 appeared to be missing.

1

2. Five other lawsuits were subsequently filed in various jurisdictions, including the lawsuit by Rev. Charles R. Jackson.

3. Plaintiff Ewing filed a motion on April 2, 2022 under 14 U.S.C. § 1407 to have those cases consolidated into an MDL and transferred to the Western District of Tennessee for coordinated pre-trial proceedings.

4. That motion was granted by the JPML on June 2, 2022, creating this MDL.

5. Plaintiffs Rev. Ewing and Rev. Jackson respectfully submit that all Parties would benefit from a status conference to discuss: (1) Plaintiffs leadership structure; (2) a schedule moving forward (particularly with respect to the filing of a consolidated amended complaint, responses thereto, the filing of any additional third-party claims, and initiating discovery); (3) why the AME Church has, on its own initiative, mailed checks from Symetra Financial to named-Plaintiffs that indicate the payment as a "full surrender disbursement"; and (4) any other matters that the Court deems appropriate. Rev. Ewing and Rev. Jackson request that such a conference occur at the Court's earliest convenience.

6. The undersigned conferred with counsel for Newport Group, Symetra, AME Church, and Dr. Harris, who have all stated that they do not object to Plaintiffs moving for a status conference. Counsel for all other plaintiffs have also indicated their support.

Dated June 22, 2022	Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV,(BPR 23045)
Benjamin A. Gastel, (BPR 28699)
**BRANSTETTER, STRANCH**
**& JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

Joseph A. Osborne, Esq., *pro hac vice*
Gregorio Francis, Esq., *pro hac vice*
**Osborne & Francis Law Firm PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
Tel: (561) 293-2600;
Fax: (561) 923-8100
Email: josborne@realtoughlawyers.com
Email: gfrancis@realtoughlawyers.com

*Counsel for Movant Rev. Charles R. Jackson*

Matthew E. Lee, *pro hac vice*
Mark R. Sigmon, *pro hac vice*
Jeremy R. Williams, *pro hac vice*
Sarah J. Spangenburg, *pro hac vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5000
Fax: 919-600-5035
mlee@milberg.com
msigmon@milberg.com
jwilliams@milberg.com
sspangenburg@milberg.com


*Counsel for Movant Rev. Pearce Ewing*

# CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that on June 22, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to the following:

P. Ryan Beckett
BUTLER SNOW LLP-Ridgeland
P.O. Box 6010
1020 Highland Colony Pkwy., Ste. 1400 (39157)
Ridgeland, MS 39158-6010
601-948-5711
601-985-4500 (fax)
ryan.beckett@butlersnow.com

Daniel Warren Van Horn
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue
5th Floor
Memphis, TN 38119
901-680-7331
901-680-7201 (fax)
danny.vanhorn@butlersnow.com

Christina Wahl
Berkowitz Oliver LLP-KCMO
2600 Grand Boulevart, Suite 1200
Kansas City, MO 64108
816-561-7007
816-561-1888 (fax)
cwahl@berkowitzoliver.com

*Attorney for Defendant Family Dollar, Inc.*

Katherine Church Campbell
Marshall S. Ney
Friday, Eldredge & Clark, LLP
3550 South Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
479-695-6040
kcampbell@fridayfirm.com

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: (213) 229-7396
Fax: (213) 229-6396
CChorba@gibsondunn.com

Jason Meltzer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
Tel: (202) 955-8676
Fax: (202) 530-9514
JMeltzer@bisondunn.com

**Kathryn Van Namen**
BUTLER SNOW LLP
6075 Poplar Ave.
Suite 500
Memphis, TN 38119
901-680-7267
901-680-7201 (fax)
kate.vannamen@butlersnow.com

*Attorney for Defendant Dollar Tree, Inc., Family Dollar, Family Dollar Inc., Family Dollar Services, LLC, Family Dollar Stores of Arkansas LLC*

Jeff P. Doss
400 20th St. N.
Birmingham, AL 35203
205-581-0700
jdoss@lighfootlaw.com

Amaobi Joseph Enyinnia
Lana Alcorn Olson
Lightfoot Franklin White
400 20th Street North
Birmingham, AL 35203
205-581-0714
205-581-0799 (fax)
aenyinnia@lightfoot.com.

*Attorneys for Defendant Dollar Tree Stores, Inc., Family Dollar Inc.*

Lewis Franklin Powell, III
Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 E. Byrd St., Riverfront Plaza
Richmond, VA 23219
804-788-8200
lpowell@hunton.com
twaskom@hunton.com

*Attorneys for Defendant Dollar Tree, Inc., Family Dollar Services, LLC*

Aubrey Harwell, Jr.
Charles F. Barrett
Blind X. Akrawi
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
cbarrett@nealharwell.com
bakrawi@nealharwell.com
aharwell@nealharwell.com

*Attorney for Plaintiff Jerome Whitney; W.D. Tenn.; Case No. 2:22-cv-02138*

John W. ("Don") Barrett, Esq.
Katherine B. Riley, Esq.
Sterling Aldridge, Esq.
Barrett Law Group, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Charles J. LaDuca, Esq.
Brendan S. Thompson, Esq.
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
charles@cuneolaw.com
brendant@cuneolaw.com

*Attorneys for Plaintiffs Martha Keisha Lacy, Lorraine Bennett-Freeman, Sheena Bibbs, Nakedra Freeman; S.D. Miss.; Case No. 3:22-cv-00098*

Gary M. Klinger, Esq.
Milberg Coleman Bryson Phillips, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
847-208-4585
gklinger@milberg.com

*Attorney for Plaintiffs Christine Robinson, Linda White; W.D. Tenn.; Case No. 2:22-cv-2182*

Tom Thrash, Esq.
Thrash Law Firm, P.A.
1101 Garland St.
Little Rock, AR 72201
501-374-1058
tomthrash@thrashlawfirmpa.com

Gregory E. Bryant
Law Office of Greg Bryant
300 Spring Building, Suite 310
Little Rock, AR 72201
501-375-3344
gregbryantlaw@gmail.com

William Thomas Crowder
Attorney At Law
1101 Garland Street
Little Rock, AR 72201
501-374-1058
501-374-2222 (fax)
willcrowder@thrashlawfirmpa.com

*Attorney for Plaintiff Vinnie L. Smith; E.D. Ark; Case No. 2:22-cv-00043*

Joseph M. Langone, Esq.
David Wise, Esq.
Wise Law Firm PLC
10640 Page Ave, Suite 320
Fairfax, VA 22030
703-934-6377
jlangone@wiselaw.pro
dwise@wiselaw.pro

Gary Mason, Esq.
Mason LLP
5101 Wisconsin Ave NW
Suite 305
Washington, D.C. 20016
gmason@masonllp.com

*Attorneys for Plaintiffs Lakindal Smith and Keith Martin; E.D. Va. Case No. 1:22-cv-0208*

Stephen F. Libby, Esq.
The Law Offices of Stephen F. Libby
5384 Poplar Ave, Suite 410
Memphis, TN 38119
901-343-0777
steve@LNlawmemphis.com

*Attorney for Plaintiff Karen Sharp; E.D. Ark; Case No. 3:22-cv-0090*

Samuel Lee Ivy, Esq.
Ivy Law, PLLC
203 S. Shannon St., Fl. 2
Jackson, TN 38301
731-300-5232
sam@samivylaw.com

*Attorney for Plaintiff Patricia Ann Rogers; W.D. Tenn.; Case No. 2:22-cv-2159*

James D. Robertson, Esq.
Barber Law Firm PLLC
425 West Capitol Ave, Suite 2400
Little Rock, AR 72201
501-372-6175
jrobertson@barberlawfirm.com

*Attorneys for Plaintiffs Kimberly Brown; E.D. of Ark; Case No. 2:22-cv-00040*

Greg Aleshire, Esq.
Aleshire Robb & Rapp, P.C.
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
417-869-3737
galeshire@aleshirerobb.com

*Attorneys for Plaintiff Terri Perrone; W.D. Mo.; Case No. 6:22-cv-03056*

Steve Martino, Esq.
Tiffany Ray, Esq.
Taylor Martino, PC
P.O. Box 894
Mobile, AL 36601
251-433-3131
stevemartino@taylormartino.com
tiffany@taylormartino.com

Joseph Stewart Dennis
Taylor Martino Rowan, PC
455 St. Louis Street, Suite 2100
Mobile, AL 36602
215-433-3131
joseph@taylormartino.com

*Attorneys for Plaintiffs Muriel Vanessa Brown, Donrea Brown, Rosalind Dunning; S.D. Ala.; Case No. 2:22-cv-00105*

Patrick Pendley, Esq.
Pendley Baudin & Coffin
P.O. Box 71
Plaquemine, LA 70765
225-687-6396
pwpendley@pbclawfirm.com

Robert K. Shelquist
Rebecca A. Peterson
Craig D. Davis
Lockridge Grindal Nauen P.L.L.P.
100 Washington A venue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com

rapeterson@locklaw.com
csdavis@locklaw.com

*Attorney for Plaintiffs Reginald Fields and Sonja Fields; W.D. La.; Case No. 3:22-cv-00611*

James A. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
479-968-2030
james@streettlaw.com

*Attorney for Plaintiffs Julian A. Graves and Randall Robertson, E.D. of Ark., Case No. 2:22-cv-02378*

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV