AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee
Eastern Division

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION, <br><br> DR. PEARCE EWING, ON Behalf of Himself and All Others Similarly Situated, <br> *Plaintiff(s)* <br> v. <br> NEWPORT GROUP, INC., *et al.* <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. MDL Docket No. 1:22-md-03035-STA-jay <br> USDC Docket No. 2:22-cv-02136-STA-jay |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rodney Brown & Company
495 Burnham Avenue
Calumet City, IL 60409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Bruce A. McMullen, Esq.
    Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.,
    165 Madison Avenue, Suite 2000
    Memphis, Tennessee 38103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/24/2022

s/Blair Moore
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02136-STA-jay

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rodney Brown & Company was received by me on *(date)* June 27, 2022.

[X] I personally served the summons on the individual at *(place)* 17812 Old Trail Rd, Hazel Crest, IL 60429 on *(date)* Tue, Jun 28 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 06/29/2022

*Server's signature*

Robert Rusch 115.002287  Private Detective

*Printed name and title*

3400 W 111th St #446, Chicago, IL 60655

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 27, 2022, 3:09 pm CDT at 495 Burnham Ave, Calumet City, IL 60409
This office is closed and the blinds are also close in the window. I walked around and know us there are apartments above the unit. I spoke with a tenant who knows Rodney as he is the landlord. She called him and he asked her for my number to call me and set up an appointment. She would not give me his number. I gave the tenant my number and she relayed that to him.

2) Successful Attempt: Jun 28, 2022, 8:40 pm CDT at 17812 Old Trail Rd, Hazel Crest, IL 60429 received by Rodney Brown & Company. Age: 60's; Ethnicity: African American; Gender: Male; Weight: 170; Height: 5'10"; Hair: Black; Relationship: President;
Accepted by Rodney Brown