# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | ) ) ) ) ) ) ) ) ) **MDL DOCKET NO.** **1:22-md-03035-STA-jay** *This Document Relates to Member Cases:* *2:22-cv-2136-STA-jay* *2:22-cv-2174-STA-jay* |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
## FOR DEFENDANT NEWPORT GROUP, INC.

Defendant Newport Group, Inc. ("Newport"), by and through undersigned counsel, respectfully moves the Court for an order permitting James O. Fleckner and DeMario M. Carswell of Goodwin Procter, LLP, to withdraw as attorneys of record for Newport and substituting in their place Sean Abouchedid and Lars Golumbic of Groom Law Group as attorneys of record for Defendants in this matter going forward, including in member cases Docket Nos. 2:22-cv-2136-STA-jay and 2:22-cv-2174-STA-jay. Mr. Abouchedid and Mr. Golumbic have entered notices of appearance in the lead MDL, Docket No. 1:22-md-3035-STA-jay. Local counsel of record of Burch, Porter & Johnson, PLLC, will remain unchanged. Newport will not be prejudiced by the withdrawal and substitution, nor will the instant litigation be delayed.

Respectfully submitted,

*/s/* Tannera George Gibson
BURCH, PORTER & JOHNSON, PLLC
Tannera George Gibson (TN #27779)
Melisa Moore (TN #28709)

ACTIVE/117790722.1

Lani Lester (TN #35226)
Sarah Stuart (TN #35329)
130 North Court Ave.
Memphis, TN 38103
Tel.: (901) 524-5000
Email:  tgibson@bpjlaw.com
       mmoore@bpjlaw.com
       llester@bpjlaw.com
       sstuart@bpjlaw.com


James O. Fleckner, *pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
jfleckner@goodwinlaw.com

DeMario M. Carswell, *pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Tel: (202) 346-4000
dcarswell@goodwinlaw.com

Sean Abouchedid
GROOM LAW GROUP
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-6605
sabouchedid@groom.com

Lars Golumbic
GROOM LAW GROUP
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-6615
lgolumbic@groom.com

**ATTORNEYS FOR DEFENDANT NEWPORT GROUP, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case; and certify that paper copies of the foregoing shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

/s/ Tannera George Gibson

**CERTIFICATE OF CONSULTATION**

    The undersigned hereby certifies that on July 22, 2022, Sean Abouchedid consulted with counsel for Plaintiffs, who stated no objection to the relief requested herein.

/s/ Tannera George Gibson

ACTIVE/117790722.1