IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Case No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

## ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AS MOOT

This multidistrict litigation concerns claims related to the administration of the African Methodist Episcopal ("AME") Church Employee Retirement Fund. Before the Court is a Motion for Preliminary Injunction (ECF No. 44) filed by Plaintiffs Reverend Pearce Ewing; Reverend Charles R. Jackson; Reverend Cedric V. Alexander; Reverend Derrell Wade; Reverend Reuben J. Boyd; Presiding Elder Phillip Russ, IV; Reverend Marcius King, by and through Lynette Glenn, Power of Attorney; Reverend Matthew Ewing; Reverend A. Offord Carmichael, Jr.; and Reverend Diane Conley on July 14, 2022.[1] Both the AME Church (ECF No. 57) and Symetra Financial Corporation (ECF No. 56) have responded in opposition to Plaintiffs' Motion. The Court has set a hearing on the Motion for August 4, 2022.

On August 3, 2022, Plaintiffs filed notice with the Court that they are withdrawing their Motion for Preliminary Injunction based on the parties' resolution of the dispute. In light of Plaintiffs' intention to withdraw their request for injunctive relief, the Motion for Preliminary

---

[1] The Plaintiffs moving for a preliminary injunction constitute all of the named Plaintiffs in the six separate civil actions, which currently make up the MDL.

1

Injunction is **DENIED as moot**.

  **IT IS SO ORDERED**.

              **s/ S. Thomas Anderson**
              S. THOMAS ANDERSON
              CHIEF UNITED STATES DISTRICT JUDGE

              Date: August 3, 2022