IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**ORDER GRANTING DEFENDANT SYMETRA LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

THIS CAUSE was before the Court on Defendant Symetra Life Insurance Company's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Consolidated Amended Class Action Complaint. Having considered this Unopposed Motion and good cause having been shown, it is hereby:

**ORDERED** that Defendant Symetra Life Insurance Company's Motion is **GRANTED**. Defendant Symetra Life Insurance Company's response to Plaintiffs' Consolidated Amended Class Action Complaint in the above-captioned action is now due October 10, 2022.[1]

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE

Date: September 15, 2022

---

[1] Please note that this action is in the Eastern Division (and not the Western Division) of the Western District of Tennessee.