# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL DOCKET NO.<br><br>1:22-md-03035-STA-jay<br><br>*This Document Relates to Member Cases:*<br>*2:22-cv-2136-STA-jay*<br>*2:22-cv-2174-STA-jay* |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
## NEWPORT GROUP, INC. & INCORPORATED MEMORANDUM OF LAW

Melisa T. Moore of Burch, Porter & Johnson, PLLC, hereby moves this Court for permission to withdraw as counsel of record for Defendant Newport Group Inc., ("Newport") in this matter and in support thereof shows the Court the following:

1. As of October 31, 2022, Ms. Moore will be leaving her employment with Burch, Porter & Johnson, PLLC and will no longer be participating in this case.

2. Sean Abouchedid and Lars Golumbic of Groom Law Group as well as local counsel of record of Burch, Porter & Johnson, PLLC, Tannera Gibson, Lani Lester and Sarah Stuart will continue representing Newport. No party will be prejudiced by the withdrawal and/or change in representation.

WHEREFORE, Melisa T. Moore respectfully requests to be allowed to withdraw as counsel for Newport. A proposed Order is submitted herewith.

Respectfully submitted,

*/s/* Melisa Moore
BURCH, PORTER & JOHNSON, PLLC
Tannera George Gibson (TN #27779)

        Melisa Moore (TN #28709)
        Lani Lester (TN #35226)
        Sarah Stuart (TN #35329)
        130 North Court Ave.
        Memphis, TN 38103
        Tel.: (901) 524-5000
        Email:  tgibson@bpjlaw.com
               mmoore@bpjlaw.com
               llester@bpjlaw.com
               sstuart@bpjlaw.com

        Sean Abouchedid
        GROOM LAW GROUP
        1701 Pennsylvania Ave., NW, Suite 1200
        Washington, DC 20006
        Tel: (202) 861-6605
        sabouchedid@groom.com

        Lars Golumbic
        GROOM LAW GROUP
        1701 Pennsylvania Ave., NW, Suite 1200
        Washington, DC 20006
        Tel: (202) 861-6615
        lgolumbic@groom.com

        **ATTORNEYS FOR DEFENDANT**
        **NEWPORT GROUP, INC.**

<u>**CERTIFICATE OF CONSULTATION**</u>

    The undersigned hereby certifies that on September 28, 2022, she consulted with counsel for Plaintiff, Gerard Stanch, via email and he has no objection to the relief herein. The undersigned also consulted with counsel for Counter-Plaintiff, Bruce McMullen and Mary Wu Tullis, but did not receive a response.

        */s/* Melisa Moore

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case; and certify that paper copies of the foregoing shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

                                                  /s/ Melisa Moore