# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is a Motion for Leave to Withdraw as Counsel filed on September 29, 2022. (ECF No. 103.) In the Motion, Melisa T. Moore, attorney for Defendant Newport Group, Inc., seeks to withdraw as counsel of record. The Court finds that the Motion is well-taken and should be, and therefore is, **GRANTED**. Ms. Moore is permitted to withdraw as counsel of record and shall have no further responsibility in this matter.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  September 29, 2022