IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

JOINT MOTION TO INCREASE PAGE LIMITS FOR
SYMETRA LIFE INSURANCE COMPANY'S MOTION TO DISMISS BRIEFING

Plaintiffs and Defendant Symetra Life Insurance Company ("Symetra" and collectively, the "Parties") jointly move the Court to increase the page limits for both Parties' briefing on Symetra's forthcoming Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. #74) ("Complaint"). Specifically, the Parties respectfully request limits of thirty (30) pages for Symetra's motion to dismiss and thirty (30) pages for Plaintiffs' opposition brief, with all page limits excluding the cover page, table of contents, table of authorities, signature block, and certificate of service. Counsel for Symetra has conferred with counsel for Plaintiffs and with counsel for the other Defendants, and no party opposes the requested relief. In support of this motion, the Parties state as follows:

On August 19, 2022, Plaintiffs filed their Complaint. Symetra intends to file a motion to dismiss, which currently is due on October 10, 2022. Local Rule 12.1(a) specifies that "[m]emoranda in support of motions to dismiss filed pursuant to FRCP 12(b) and (c) shall not exceed 20 pages without prior Court approval." Local Rule 12.1(b) specifies that "[m]emoranda in opposition to motions to dismiss shall not exceed 20 pages without prior Court approval."

There are a significant number of claims and legal issues raised by the Complaint. Plaintiffs have filed a class action lawsuit against more than 20 Defendants, including Symetra.

The Complaint is 83 pages long, contains 530 allegations (excluding subparts), seventeen counts, and a twenty-part prayer for relief. As to Symetra specifically, Plaintiffs assert claims under numerous different legal theories, including breach of fiduciary duty, violation of the Tennessee Uniform Trust Code, common law negligence, co-fiduciary liability under ERISA, and knowing participation in the alleged breaches of fiduciary duty by other Defendants.

Despite their good faith efforts to comply with the Court's Local Rules, the Parties believe it is necessary to exceed the Court's default page limits in order to properly address all issues appropriate for resolution at this stage. The Parties respectfully submit that there is good cause to grant the requested page limit increases, so the Parties may provide the Court with sufficient briefing from which to make an informed decision on Symetra's motion to dismiss.

WHEREFORE, the Parties respectfully request that the Court grant this motion and increase the page limits for the briefing on Symetra's motion to dismiss as described above.

Dated: October 5, 2022                                              Respectfully Submitted,

<u>/s/ J. Gerard Stranch, IV</u>                                    <u>/s/ Benjamin M. Stoll</u>
J. Gerard Stranch, IV                                               Markham R. Leventhal
BRANSTETTER, STRANCH                                                Benjamin M. Stoll
& JENNINGS, PLLC                                                    CARLTON FIELDS, P.A.
223 Rosa L. Parks Avenue, Suite 200                                 1025 Thomas Jefferson Street, NW
Nashville, TN 37203                                                 Suite 400 West
Phone: (615) 254-8801                                               Washington, DC 20007
gerards@bsjfirm.com                                                 Phone: (202) 965-8189
                                                                    mleventhal@carltonfields.com
*Liaison Counsel*                                                   bstoll@carltonfields.com

Gregorio A. Francis                                                 Todd M. Fuller
OSBORNE & FRANCIS LAW FIRM, PLLC                                    CARLTON FIELDS, P.A.
433 Plaza Real, Suite 271                                           2 MiamiCentral, Suite 1200
Boca Raton, FL 33432                                                700 NW 1st Avenue
Phone: (561) 293-2600;                                              Miami, FL 33136
gfrancis@realtoughlawyers.com                                       Phone: (305) 530-0050
                                                                    tfuller@carltonfields.com

Matthew E. Lee

| | |
|---|---|
| MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone:  (919) 600-5000<br>mlee@milberg.com | *Attorneys for Defendant*<br>*Symetra Life Insurance Company* |

*Interim Co-Lead Counsel*

## CERTIFICATE OF CONSULTATION

Benjamin Stoll, counsel for Symetra, consulted with counsel for Plaintiffs by email on October 5, 2022, and Plaintiffs and Symetra agree on the requested relief. Additionally, Mr. Stoll consulted by email on October 5, 2022 with counsel for the other Defendants—Sean Abouchedid, Bruce McMullen, John D. Woods III, and S. Keenan Carter—and none of the other Defendants oppose the requested relief.

*/s/ Benjamin M. Stoll*
Benjamin M. Stoll

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, a true and correct copy of the foregoing JOINT MOTION TO INCREASE PAGE LIMITS FOR SYMETRA LIFE INSURANCE COMPANY'S MOTION TO DISMISS BRIEFING was sent to all counsel of record via the CM/ECF system.

*/s/ Benjamin M. Stoll*
Benjamin M. Stoll