IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035 <br><br> ALL CASES <br><br> Honorable S. Thomas Anderson |

**JOINT STATUS UPDATE IN ADVANCE OF**
**OCTOBER 27, 2022 STATUS CONFERENCE**

At the initial status conference in this matter, the Court requested that the Parties provide a joint update on the status of litigation before the October 27, 2022 status conference. [ECF No. 69]. In advance of that status conference, the Parties report as follows:

**I.    Procedural Overview Since the August 4, 2022 Status Conference**

On August 19, 2022 Plaintiffs filed a Consolidated Amended Complaint. [ECF No. 74]. The Amended Complaint consolidated the six then pending complaints into one and added several new parties and claims. Of particular note, Plaintiffs asserted new direct claims against 11 parties that had not previously been sued by Plaintiffs (although most of these parties were defendants to the AMEC's Third-Party Complaint filed in *Rev. Ewing v. Newport Group, Inc.* et al, Case No. 2:22-cv-02136, ECF No. 52 (W.D.Tenn.)). Below is a chart of the new Defendants and when each was served with the Amended Complaint:

| DEFENDANT | DATE SERVED WITH AMENDED COMPLAINT[1] |
|---|---|
| Financial Freedom Funds, LLC | August 26, 2022 |
| Symetra Life Insurance Company | August 26, 2022 |
| Financial Freedom Group, Inc. | August 29, 2022 |
| Financial Technologies LLC | September 12, 2022 |
| Motorskill Asia Ventures I, L.P. | September 22, 2022 |
| Motorskill Ventures I, L.P. | September 19, 2022 |
| Randall Erwin | Not yet served |
| Jarrod Erwin | Not yet served |
| Rodney Brown & Co. | Not yet served |
| Motorskill Venture Group | Not yet served |
| Motorskill Asia Venture Group | Not yet served |

On September 19, 2022 Newport Group, Inc. filed a motion to dismiss all claims against it under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. On the same date, the AMEC filed a partial motion to dismiss some of the claims against it (and related individuals and entities) under Rule 12(b)(6). Symetra Life Insurance Company timely filed its motion to dismiss under Rules 12(b)(1) and 12(b)(6) on October 10, 2022. Briefing on these motions to dismiss will be completed as follows:

| DEFENDANT'S MOTION TO DISMISS | PLAINTIFFS' RESPONSE DEADLINE | DEFENDANT'S REPLY DEADLINE |
|---|---|---|
| Newport Group, Inc. | October 31, 2022 | November 14, 2022[2] |

---

[1] Plaintiffs are endeavoring to locate and serve the defendants not yet served.
[2] Newport Group reserves the right to seek an extension of its reply brief deadline.

2

| | | |
|---|---|---|
| AME Church Defendants | October 17, 2022 (filed) | October 31, 2022 |
| Symetra Life Insurance Company | November 7, 2022 | November 21, 2022 |

Based on dates of service, Defendants' answers to Plaintiffs' Amended Complaint were filed, or are due to be filed, as follows:

| DEFENDANT | DATE ANSWER DUE |
|---|---|
| Rev. Dr. Jerome V. Harris | October 18, 2022 |
| Robert Eaton | October 18, 2022 |
| Financial Freedom Funds, LLC | October 25, 2022 |
| Financial Freedom Group, Inc. | October 28, 2022 |
| Financial Technologies LLC | November 11, 2022 |
| Motorskill Asia Ventures I, L.P. | November 21, 2022 |
| Motorskill Ventures I, L.P. | November 18, 2022 |
| Newport Group, Inc. | Filed MTD |
| Symetra Life Insurance Company | Filed MTD |
| AME Church Defendants (including Bishop Samuel L. Green, Sr. and Bishop James Davis) | Filed Partial MTD and a Partial Answer and Cross-Complaint |

On October 18, 2022, the AMEC Defendants filed a partial Answer to the Amended Complaint and Cross-Complaint against Defendant Harris, Symetra Financial Corporation, Newport Group, Inc., Robert Eaton, Jarrod Erwin, Randall Erwin, Financial Freedom Group, Inc., Rodney Brown & Company, and the four Motorskill Entities.

II. **Status of Discovery**

Initial disclosures were due on September 1, 2022 and were exchanged that

3

date by all parties that had been served with copies of the Amended Complaint. The following parties have since been served but have not yet exchanged their initial disclosures: Financial Freedom Funds, LLC, Financial Freedom Group, Inc., Financial Technologies, LLC, Motorskill Asia Ventures I, L.P., and Motorskill Asia Ventures I, L.P. Discovery commenced on September 9, 2022, and the Parties were permitted to serve initial written discovery requests on that date. [ECF No. 78, p. 2]. The following discovery requests have been served to date:

| Party Serving Request | Party Served With Request | Type of Request Served | Date Request Served |
|---|---|---|---|
| Plaintiffs | AME Church | Interrogatories | September 9, 2022 |
| Plaintiffs | AME Church | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Dr. Jerome Harris | Interrogatories | September 9, 2022 |
| Plaintiffs | Dr. Jerome Harris | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Newport Group Inc. | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Newport Group Inc. | Interrogatories | September 9, 2022 |
| Plaintiffs | Financial Freedom Group | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Financial Freedom Group | Interrogatories | September 9, 2022 |
| Plaintiffs | Robert Eaton. | Interrogatories | September 9, 2022 |
| Plaintiffs | Robert Eaton. | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Symetra Life Insurance Company | Interrogatories | September 9, 2022 |

| Plaintiffs | Symetra Life Insurance Company | Requests for Production of Documents | September 9, 2022 |
|---|---|---|---|
| Plaintiffs | Bishop Samuel L. Green | Interrogatories | September 26, 2022 |
| Plaintiffs | Bishop Samuel L. Green | Requests for Production of Documents | September 26, 2022 |
| Plaintiffs | Bishop James Davis | Interrogatories | September 26, 2022 |
| Plaintiffs | Bishop James Davis | Requests for Production of Documents | September 26, 2022 |

After agreeing with Plaintiffs on brief extensions, Newport Group and Symetra Life Insurance Company timely served responses and objections to Plaintiffs' requests for production and interrogatories on October 18, 2022 (Newport) and October 10, 2022 (Symetra).

In addition, Plaintiffs are in the process of preparing and serving third-party subpoenas on various third parties and expect to have served several in advance of the status conference.

Once Plaintiffs have received responses to written discovery and received initial document productions, counsel intends to identify candidates for the first round of depositions and confer with counsel regarding scheduling.

AMEC Defendants requested and received an extension to their deadline to respond to Plaintiffs' discovery requests so that they could focus their attention on gathering the documents Plaintiffs identified as being necessary to move forward with an early mediation.

### III. Proposed Protective and ESI Orders

The Parties have worked diligently on proposed protective and ESI orders. Plaintiffs proposed initials drafts on September 19, 2022. Defendants provided a consolidated set of initial edits on October 11, 2022. The Parties have worked collaboratively on these drafts thus far and expect to submit them to the Court before the status conference. The Parties will be prepared to address any concerns the Court may have about these documents at the October 27 status conference.

### IV. Mediation

Plaintiffs, AME Church, the Eaton Defendants, Newport, and Symetra have recently agreed to engage in an early mediation with the Hon. Justice Janice M. Holder (Ret.) and are in the process of scheduling that mediation. At this time, no other defendants are willing to participate in the mediation process.

### V. Proposed Schedule for Future Status Conferences

The Parties propose that future status conferences be scheduled approximately every sixty days, with a remote attendance option (either by telephone or video-conferencing) for parties that are unable or may not need to attend each status conference in person so as to limit the costs and burdens associated with attending each conference.

### VI. Conclusion

The Parties appreciate the Court's diligent management of this matter and welcome the opportunity to address any additional matters the Court would like to discuss at the October 27 status conference.

Respectfully submitted this the 20th day of October 2022.

*/s/ Matthew E. Lee*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
mlee@milberg.com

*Interim Co-Lead Counsel*

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com

*Liaison Counsel*

Gregorio A. Francis
**OSBORNE & FRANCIS LAW FIRM, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600;
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com

Dhamian Blue
**Blue LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com
Richard Schulte Wright & Schulte LLC 865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999

Todd Fuller
**CARLTON FIELDS, P.A**
2 Miami Central
700 NW 1st Avenue
Suite 1200
Miami, FL 33136
t: 305-347-6868
f: 305-530-0055
tfuller@carltonfields.com

Benjamin Michael Stoll
Markham Richard Leventhal
Eugene Rossi
**CARLTON FIELDS, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
t: 202-965-8189
f: 202-965-8104
bstoll@carltonfields.com
mleventhal@carltonfields.com
grossi@cartlonfields.com

Tannera George Gibson
Lani D. Lester
Melisa T. Moore
Sarah Elizabeth Stuart
**BURCH PORTER & JOHNSON**
130 N. Court Avenue
Memphis, TN 38103-2217
t: 901-524-5000
f: 901-524-5024
tgibson@bpjlaw.com
llester@bpjlaw.com
mmoore@bpjlaw.com
sstuart@bpjlaw.com

Reba A Letsa
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
100 Light Street

Fax: 937-435-7511
rschulte@yourlegalhelp.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S Nashville,
TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

*Plaintiffs' Steering Committee*

Baltimore, MD 21202
t: 410-862-1181
rletsa@bakerdonelson.com

Bruce McMullen
Mary Wu Tullis
Jennie Vee Silk
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Ave.
Ste 2000
Memphis, TN 38103
t: 901-577-2356
f: 901-577-2303
bmcmullen@bakerdonelson.com
mtullis@bakerdonelson.com
jsilk@bakerdonelson.com

Samuel Keenan Carter
**BUTLER SNOW LLP**
6075 Poplar Ave.
Suite 500
Memphis, TN 38119
t: 901-680-7200
keenan.carter@butlersnow.com

Clarence A. Wilbon
John Davis Woods, III
**ADAMS AND REESE, LLP**
6075 Poplar Avenue
Suite 700
Memphis, TN 38119
t: 901-524-5324
f: 901-524-5414
clarence.wilbon@arlaw.com
john.woods@arlaw.com

Sean Abouchedid
Lars Golumbic
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave NW
Ste 1200
Washington, DC 20006
t: 202-861-6605

sabouchedid@groom.com
lgolumbic@groom.com

*Counsel for Defendants*