IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**JOINT STATUS UPDATE IN ADVANCE OF**
**December 14, 2022 STATUS CONFERENCE**

At the initial status conference in this matter, the Court requested that the Parties provide a joint update on the status of litigation seven days before each status conference. [ECF No. 69]. In advance of the December 14, 2022 status conference, the Parties report as follows:

I. **Procedural Overview Since the October 27, 2022 Status Conference**

As previewed during the last pre-status conference status update, Plaintiffs have been in the process of serving several individuals and entities with their amended complaint. They have engaged a private investigator to locate certain individuals associated with the Motorskills entities and as a result were recently able to obtain service on Jarrod Erwin and expect to obtain service soon on the remaining Motorskills related defendants. Plaintiffs are also still working to obtain effective service on Rodney Brown & Co.[1] Specifically, the following individuals remain to be

---

[1] Plaintiffs seemingly obtained service on Rodney Brown & Co., but the green card was returned

served with the Plaintiffs' Amended Complaint:

| DEFENDANT | DATE SERVED WITH AMENDED COMPLAINT |
|---|---|
| Randall Erwin | Not yet served |
| Rodney Brown & Co. | Not yet served |
| Motorskill Venture Group | Not yet served |
| Motorskill Asia Venture Group | Not yet served |

In addition, two of the Motorskills entities have not answered or otherwise responded to Plaintiffs' Amended Complaint and are now in default. Those entities are Motorskill Ventures I, L.P. (served September 19, 2022) and Motorskill Asia Ventures I, L.P. (served September 22, 2022).

In response to Plaintiffs' Amended Complaint, Newport Group, Inc. filed a motion to dismiss all claims against it under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. On the same date, the AMEC filed a partial motion to dismiss some of the claims against it (and related individuals and entities) under Rule 12(b)(6). Symetra Life Insurance Company timely filed its motion to dismiss under Rules 12(b)(1) and 12(b)(6) on October 10, 2022. Briefing on these motions to dismiss is complete.

On October 18, 2022, the AMEC Defendants filed a partial Answer to the Amended Complaint and Cross-Complaint against Defendant Harris, Symetra Financial Corporation, Newport Group, Inc., Robert Eaton, Jarrod Erwin, Randall Erwin, Financial Freedom Group, Inc., Rodney Brown & Company, and the four

without a date, so they are attempting to re-serve the amended complaint to confirm service was valid.

2

Motorskill Entities. On November 23, 2022, Dr. Jerome Harris, Robert Eaton, and Financial Freedom Group, Inc. filed their respective answers to that cross-complaint. On the same day, Symetra Financial Corporation filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Newport Group, Inc.'s response to the cross-complaint is due December 8, 2022. The remaining defendants have not yet been served with the cross-complaint.

## II.  Status of Discovery

Discovery commenced on September 9, 2022, and the Parties were permitted to serve initial written discovery requests on that date. [ECF No. 78, p. 2]. The following discovery requests have been served to date:

| Party Serving Request | Party Served With Request | Type of Request Served | Date Request Served |
|---|---|---|---|
| Plaintiffs | AME Church | Interrogatories | September 9, 2022 |
| Plaintiffs | AME Church | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Dr. Jerome Harris | Interrogatories | September 9, 2022 |
| Plaintiffs | Dr. Jerome Harris | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Newport Group Inc. | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Newport Group Inc. | Interrogatories | September 9, 2022 |
| Plaintiffs | Financial Freedom Group | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Financial Freedom Group | Interrogatories | September 9, 2022 |
| Plaintiffs | Robert Eaton | Interrogatories | September 9, 2022 |

3

| | | | |
|---|---|---|---|
| Plaintiffs | Robert Eaton | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Symetra Life Insurance Company | Interrogatories | September 9, 2022 |
| Plaintiffs | Symetra Life Insurance Company | Requests for Production of Documents | September 9, 2022 |
| Plaintiffs | Bishop Samuel L. Green | Interrogatories | September 26, 2022 |
| Plaintiffs | Bishop Samuel L. Green | Requests for Production of Documents | September 26, 2022 |
| Plaintiffs | Bishop James Davis | Interrogatories | September 26, 2022 |
| Plaintiffs | Bishop James Davis | Requests for Production of Documents | September 26, 2022 |

Newport Group and Symetra Life Insurance Company timely served responses and objections to Plaintiffs' requests for production and interrogatories on October 18, 2022 (Newport) and October 10, 2022 (Symetra). Defendants are in the process of collecting and reviewing documents in response to Plaintiffs' discovery requests. AMEC Defendants requested an extension of 60-days to serve formal discovery responses, to which Plaintiffs agreed, provided that AMEC Defendants prioritized informal production of "priority documents" that Plaintiffs identified as being necessary to move forward with an early mediation. AMEC Defendants are providing the majority of those requested documents to Plaintiffs today. Plaintiffs have not received any documents from any other party as of today.

III.   **Third-Party Subpoenas**

Since the date of the last status conference Plaintiffs have engaged in third-

4

party discovery. Specifically, they have sent four subpoenas requesting document production for service to date and are in discussions with additional entities/individuals to determine what relevant documents those individuals may also have. The subpoenas were sent to the following: Dr. Richard Lewis (the retired CFO/treasure for AMEC); an entity that Motorskills invested in and Dr. Harris allegedly loaned retirement fund assets to called Day & Night Solar; and two entities engaged in the auditing of the retirement fund after Dr. Harris' retirement, Gregory Terrell Company and Hoskins & Company.

### IV.    Mediation

As discussed at the last status conference, Plaintiffs, AME Church, the Eaton Defendants, Newport, Symetra, and Dr. Harris agreed to engage in an early mediation with the Hon. Justice Janice M. Holder (Ret.). At this time, no other defendants are willing to participate in the mediation process. That mediation is now scheduled for February 6, 2023.

### V.    Proposed Schedule for Future Status Conferences

The Parties propose that the Court continue scheduling future status conferences approximately every sixty days, with a remote attendance option (either by telephone or video-conferencing) for parties that are unable or may not need to attend each status conference in person so as to limit the costs and burdens associated with attending each conference. The Parties propose the next status conference occur during the week of either February 20 or 27.

5

**VI.  Conclusion**

The Parties appreciate the Court's diligent management of this matter and welcome the opportunity to address any additional matters the Court would like to discuss at the December 14 status conference.

Respectfully submitted this the 7th day of December 2022.

*/s/ Matthew E. Lee*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
mlee@milberg.com

Gregorio A. Francis
**OSBORNE & FRANCIS LAW FIRM, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com

*Interim Co-Lead Counsel*

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com

*Liaison Counsel*

Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602

Todd Fuller
**CARLTON FIELDS, P.A**
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
t: 305-347-6868
f: 305-530-0055
tfuller@carltonfields.com

Benjamin Michael Stoll
Markham Richard Leventhal
Eugene Rossi
**CARLTON FIELDS, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
t: 202-965-8189
f: 202-965-8104
bstoll@carltonfields.com
mleventhal@carltonfields.com
grossi@cartlonfields.com

*Counsel for Symetra Financial Corporation*

Tannera George Gibson
Lani D. Lester
Melisa T. Moore
Sarah Elizabeth Stuart
**BURCH PORTER & JOHNSON**
130 N. Court Avenue
Memphis, TN 38103-2217
t: 901-524-5000
f: 901-524-5024

919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Kenneth S. Byrd
**LIEFF CABRASER
HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S
Nashville, TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

*Plaintiffs' Steering Committee*

tgibson@bpjlaw.com
llester@bpjlaw.com
mmoore@bpjlaw.com
sstuart@bpjlaw.com

Sean Abouchedid
Lars Golumbic
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave NW, Ste 1200
Washington, DC 20006
t: 202-861-6605
sabouchedid@groom.com
lgolumbic@groom.com

*Counsel for Newport Group, Inc.*

Reba A Letsa
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, MD 21202
t: 410-862-1181
rletsa@bakerdonelson.com

Bruce McMullen
Mary Wu Tullis
Jennie Vee Silk
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
165 Madison Ave., Ste 2000
Memphis, TN 38103
t: 901-577-2356
f: 901-577-2303
bmcmullen@bakerdonelson.com
mtullis@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for the AMEC Defendants*

Samuel Keenan Carter
**BUTLER SNOW LLP**
6075 Poplar Ave., Suite 500
Memphis, TN 38119
t: 901-680-7200

7

keenan.carter@butlersnow.com

*Counsel for Jerome V. Harris*

Clarence A. Wilbon
John Davis Woods, III
**ADAMS AND REESE, LLP**
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
t: 901-524-5324
f: 901-524-5414
clarence.wilbon@arlaw.com
john.woods@arlaw.com

*Counsel for Financial Freedom Group, Inc.*