IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AME CHURCH EMPLOYEE ) | | |
| RETIREMENT FUND LITIGATION, ) | MDL Docket No. 1:22-md-03035-STA-jay | |
| ) | | |
| ) | ALL CASES | |
| ) | | |
| ) | Honorable S. Thomas Anderson | |

**AFFIDAVIT OF JARROD ERWIN**

| | | |
|---|---|---|
| **County of Fort Bend** | ) | |
| | ) | ss |
| **State of Texas** | ) | |

I, **JARROD ERWIN**, being first duly sworn, state upon personal knowledge unless the context otherwise suggests, declare as follows:

1. I am over the age of eighteen (18) years and competent to testify about the matters contained herein.

2. I am a named Defendant in this lawsuit. I was served on December 1, 2022.

3. I am not a lawyer and have never attended law school or studied law.

4. The complaint in this lawsuit is lengthy (83 pages with a long attachment) and complex. I have not had sufficient time to read and understand it.

5. I have read the Minute Entry (165) listed on the Docket Sheet regarding taking a two-hour deposition from me.

6. My Father, identified as Randall Erwin in the lawsuit, was the principal person controlling the various Motorskill defendants in this lawsuit.

7. Unfortunately, he has been hospitalized four or more times in calendar year, 2022.

8. He is in extremely poor health as reflected in letters from certain of his physicians or the administrator from the facility where he receives or received dialysis three times per week, Exhibit 1. He suffers from several medical conditions including hemorrhage of his gastrointestinal tract, type 2 diabetes with various complications from hypertension, thyroid enlargement, peripheral artery disease, end stage renal disease, heart failure, coronary heart disease, amputation of his toe, and he uses a catheter.

9. I intend to obtain updated medical report or reports regarding my Father shortly after the first of the year 2023.

10. Though I am not a physician, I believe that my Father's mental state is in decline.

11. The family's plan is to obtain a guardianship for my Father and to that end, we are seeking to retain local Texas counsel to make the filing in state court and proceed expeditiously.

12. Once a guardian is appointed, though I am not a lawyer, it is my understanding that service could be made on my Father and the various Motorskill defendants.

13. The various Motorskill defendants have not been actively conducting business for some time and are not now conducting business. It is my understanding that the Motorskill entities were formed or organized under the laws of the State of Delaware.

Further, Affiant saith not.

**Affiant**
**Jarrod Erwin**

## OATH

I, Jarrod Erwin, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2022.

**Jarrod Erwin**



**SUGAR LAKES**
FAMILY PRACTICE

February 22, 2022

Roy Erwin

12/13/1945

To Whom It May Concern:

Roy Erwin is a patient at Sugar Lakes Family Practice. Mr. Erwin has been under my care since 2010. Mr. Erwin has the following diagnoses: Hemorrhage of gastrointestinal tract, Sleep apnea, Type 2 diabetes mellitus with other diabetic neurological complication Low Risk, Gout, Allergic rhinitis, Vitamin D Deficiency, Hypercalcemia, Hyperparathyroidism, Thyroid enlargement, Pure hypercholesterolemia, Acquired hypothyroidism, Venous insufficiency chronic peripheral, Chronic venous hypertension involving both sides, Diabetes mellitus type 2 with peripheral artery disease, Type 2 diabetes mellitus with foot ulcer, Non-pressure chronic ulcer of other part of unspecified foot with unspecified severity, Long term current use of insulin, Anemia secondary to renal failure, Dependence on renal dialysis, Neurogenic dysfunction of the urinary bladder, Hypertensive heart and chronic kidney disease without heart failure, with stage 5 chronic kidney disease, or end stage renal disease, ESRD (end stage renal disease), Type 2 diabetes mellitus with diabetic peripheral angiopathy with gangrene, Coronary artery disease involving native coronary artery of native heart without angina pectoris, Peripheral vascular disease, Status post amputation of lesser toe of right foot, Chronic kidney disease due to diabetes mellitus, Morbid (severe) obesity due to excess calories, Cataract of both eyes, unspecified cataract type. Mr. Erwin receives dialysis 3 times a week due to his diagnosis of end stage renal disease. Mr. Erwin is using Sterile tears every day for dry eyes caused by his diagnosis of Diabetes. Mr. Erwin is currently using a catheter.

Sincerely,

John Vanderzyl, MD

16902 SOUTHWEST FRWY, SUITE 100 • SUGAR LAND, TEXAS 77479 • (281) 565-2800 • FAX (281) 565-2801
www.sugarlakesfamilypractice.com



**Retina Consultants of Texas**

**DISEASES AND SURGERY OF THE RETINA AND VITREOUS**

Matthew S. Benz, MD • David Brown, MD • Eric Chen, MD • Richard H. Fish, MD • Christopher R. Henry, MD
Rosa Y. Kim, MD • Kelly L. Larkin, MD • James C. Major, Jr., MD, PhD • Vy T. Nguyen, MD • Sagar B. Patel, MD
Amy C. Schefler, MD • Ankoor R. Shah, MD • Tien P. Wong, MD • Charles C. Wykoff, MD, PhD

Roy Erwin

12/13/45

To whom it may concern,

The above patient has Active Proliferative Diabetic Retinopathy with Diabetic Macular Edema. Patient requires monthly intravitreal injections of anti-VEGF medication Eylea in both eyes. Please accommodate patient for the necessary treatments.

Please feel free to contact our office with any questions or concerns.

Thank you

Tien Wong, M.D.

retinaconsultantstexas.com

4460 Bissonnet Street, Suite 200 | Bellaire, TX 77401    T 800.833.5821   P 713.524.3434   F 713.513.5613

Bellaire • Texas Medical Center • 1960/Peakwood • Brenham • Katy • Kingwood • Livingston • Lufkin • Memorial • Cypress • Pearland • Pasadena • Sugar Land • The Woodlands • Wharton





To Whom It May Concern,

This letter is to confirm that Mr. Roy Erwin is a patient who receives dialysis treatment 3 days a week (MWF) ███████████████████████████ ███████████ If you have any questions, please feel free to call the clinic at ███████████

Sincerely,
███████████
Facility Administrator