# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

IN RE: AME CHURCH EMPLOYEE
RETIREMENT FUND LITIGATION

)
)
)
)
)
)
)
)

**MDL DOCKET NO.**

**1:22-md-03035-STA-jay**

*This Document Relates to:*
*1:22-md-03035-STA-jay*
*1:22-cv-01126-STA-jay*

---

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
## FOR DEFENDANT NEWPORT GROUP, INC.

---

Defendant Newport Group, Inc. ("Newport"), by and through undersigned counsel, respectfully moves the Court for an order permitting (1) Matthew Luke Riffee of Goodwin Procter, LLP ("Goodwin") to withdraw as an attorney of record for Newport in this matter going forward, including in member case Docket No. 1:22-cv-01126-STA-jay; and (2) James O. Fleckner and DeMario M. Carswell of Goodwin to withdraw as attorneys of record for Newport in member case Docket No. 1:22-cv-01126-STA-jay.[1] Newport seeks to substitute, in their place, Lars Golumbic and Sean Abouchedid of Groom Law Group ("Groom") as attorneys of record for Newport. Mr. Golumbic and Mr. Abouchedid have entered notices of appearance in the lead MDL, Docket No. 1:22-md-3035-STA-jay. Local counsel of record of Burch, Porter & Johnson, PLLC, will remain unchanged. Newport will not be prejudiced by the withdrawal and substitution, nor will the instant litigation be delayed.

---

[1] The Court previously granted Newport's motion to withdraw and substitute counsel, substituting Messrs. Golumbic and Abouchedid of Groom for Messrs. Fleckner and Carswell. Dkt. No. 63. Following that motion, however, Messrs. Fleckner and Carswell remained on the docket as attorneys of record in member case 1:22-cv-01126-STA-jay, along with Mr. Riffee. This motion seeks to clarify that Messrs. Fleckner, Carswell, and Riffee are withdrawing as counsel from all members cases in which they previously entered appearances and from the lead MDL.

Respectfully submitted,

*/s/* Lars C. Golumbic
Lars C. Golumbic
Sean C. Abouchedid
GROOM LAW GROUP
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-6615
lgolumbic@groom.com
sabouchedid@groom.com

Tannera George Gibson
BURCH, PORTER & JOHNSON, PLLC
Tannera George Gibson (TN #27779)
Melisa Moore (TN #28709)
Lani Lester (TN #35226)
Sarah Stuart (TN #35329)
130 North Court Ave.
Memphis, TN 38103
Tel.: (901) 524-5000
tgibson@bpjlaw.com
mmoore@bpjlaw.com
llester@bpjlaw.com
sstuart@bpjlaw.com

Matthew Luke Riffee, *pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Tel: (202) 346-4000
mriffee@goodwinlaw.com

James O. Fleckner, *pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
jfleckner@goodwinlaw.com

DeMario M. Carswell, *pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Tel: (202) 346-4000
dcarswell@goodwinlaw.com

2

**ATTORNEYS FOR DEFENDANT**
**NEWPORT GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case; and certify that paper copies of the foregoing shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

/s/ Lars C. Golumbic

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that on January 17, 2023, Sean Abouchedid, counsel for Newport, consulted with counsel for Plaintiffs who stated no objection to the relief requested herein.

/s/ Lars C. Golumbic