UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATON** | **MDL DOCKET NO.** **1:22-md-03035-STA-jay** *This Order Relates to Member Case:* 1:22-md-03035-STA-jay 1:22-cv-01126-STA-jay |

## ORDER GRANTING DEFENDANT NEWPORT GROUP, INC'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

UPON CONSIDERATION of the Motion to Withdraw and Substitute Counsel of Defendant Newport Group, Inc. ("Newport") (1:22-cv-01126-STA-jay, 1:22-md-3035-STA-jay) (ECF No. 182), and for good cause shown, the Motion is **GRANTED**. Counsel Matthew Luke Riffee, James O. Fleckner, and DeMario M. Carswell of Goodwin Procter, LLP, are hereby withdrawn as attorneys of record for Newport in the MDL Docket and the above-cited member case. Counsel Lars Golumbic and Sean Abouchedid of Groom Law Group are substituted as counsel for Newport in the MDL Docket and the above-cited member case. Attorneys from Burch, Porter & Johnson, PLLC, remain counsel for Newport.

    **IT IS SO ORDERED.**

                                                s/ S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE

                                                Date:  January 19, 2023