# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYMENT RETIREMENT FUND LITIGATION | Case No. 1:22-md-3035-STA/jay<br>ALL CASES |

## ORDER DIRECTING COUNSEL TO CONFER AND RESPOND

In this matter, there is a Status Conference currently set for Wednesday, August 2, 2023 at 9:00 a.m.

The Court will be unavailable on that date. Counsel are directed to confer and, within ten (10) days of entry of this order, file a Notice, proposing alternate dates in August 2023 when all Counsel will be available. After reviewing the proposed dates, the Court will reset the August 2, 2023 Status Conference.

ENTERED this 30th day of June, 2023.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE