IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## JOINT NOTICE OF AVAILABLE DATES FOR RESCHEDULED AUGUST STATUS CONFERENCE

On June 30, 2023, the Court notified the Parties that it was unavailable for the August 2, 2023 status conference and directed the Parties to confer and provide alternative dates in August 2023 when all counsel will be available. [ECF No. 247]. Having conferred, the Parties report that the following alternate dates are available for all Parties:

- August 7, 2023
- August 8, 2023
- August 30, 2023
- August 31, 2023 (morning only)

Plaintiffs have a preference for the August 30 date if the Court is available that date, but can otherwise make themselves available for any of the above dates.

Respectfully submitted this 7th day of July 2023.

*/s/ Matthew E. Lee*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
mlee@milberg.com

Gregorio A. Francis
**OSBORNE & FRANCIS LAW FIRM, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com

*Interim Co-Lead Counsel*

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com

*Liaison Counsel*

Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377

Todd Fuller
**CARLTON FIELDS, P.A**
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
t: 305-347-6868
f: 305-530-0055
tfuller@carltonfields.com

Benjamin Michael Stoll
Markham Richard Leventhal
Eugene Rossi
**CARLTON FIELDS, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
t: 202-965-8189
f: 202-965-8104
bstoll@carltonfields.com
mleventhal@carltonfields.com
grossi@carltonfields.com

*Counsel for Symetra Financial Corporation*

Tannera George Gibson
Lani D. Lester
Melisa T. Moore
Sarah Elizabeth Stuart
**BURCH PORTER & JOHNSON**
130 N. Court Avenue
Memphis, TN 38103-2217
t: 901-524-5000
f: 901-524-5024
tgibson@bpjlaw.com
llester@bpjlaw.com
mmoore@bpjlaw.com
sstuart@bpjlaw.com

Sean Abouchedid
Lars Golumbic
**GROOM LAW GROUP, CHARTERED**

937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S
Nashville, TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

*Plaintiffs' Steering Committee*

1701 Pennsylvania Ave NW, Ste 1200
Washington, DC 20006
t: 202-861-6605
sabouchedid@groom.com
lgolumbic@groom.com

*Counsel for Newport Group, Inc.*

Reba A Letsa
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, MD 21202
t: 410-862-1181
rletsa@bakerdonelson.com

Bruce McMullen
Mary Wu Tullis
Jennie Vee Silk
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Ave., Ste 2000
Memphis, TN 38103
t: 901-577-2356
f: 901-577-2303
bmcmullen@bakerdonelson.com
mtullis@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for the AMEC Defendants*

Samuel Keenan Carter
**BUTLER SNOW LLP**
6075 Poplar Ave., Suite 500
Memphis, TN 38119
t: 901-680-7200
keenan.carter@butlersnow.com

*Counsel for Jerome V. Harris*

Clarence A. Wilbon
John Davis Woods, III
**ADAMS AND REESE, LLP**
6075 Poplar Avenue, Suite 700

Memphis, TN 38119
t: 901-524-5324
f: 901-524-5414
clarence.wilbon@arlaw.com
john.woods@arlaw.com

***Counsel for Financial Freedom Group, Inc.***

Perry A. Craft
**LAW OFFICE OF PERRY A. CRAFT, PLLC**
402 BNA Drive, Building 100, Suite 402
Nashville, TN 37217
t: 615-953-3808
f: 615-739-6292
perrycraft@craftlegal.com

***Counsel for Jarrod Erwin***