**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## PLAINTIFFS' UNOPPOSED MOTION TO SEVER AND STAY CLAIMS AGAINST DEFENDANT JARROD ERWIN

Plaintiffs Reverend Pearce Ewing, Reverend Charles R. Jackson, Reverend Cedric V. Alexander, Reverend Derrell Wade, Reverend Reuben J. Boyd, Presiding Elder Phillip Russ, IV, Reverend Marcius King, by and through Lynette Glenn, Power of Attorney, Reverend Matthew Ewing, Reverend A. Offord Carmichael, Jr., and Reverend Diane Conley, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), hereby move to sever their claims against Defendant Jarrod Erwin in Plaintiffs' Consolidated Amended Complaint, [ECF No. 74], pursuant to Rule 21 of the Federal Rules of Civil Procedure. Plaintiffs further move to stay all claims that are severed against Defendant Jarrod Erwin pending the completion of Mr. Erwin's Chapter 13 bankruptcy case currently pending in the United States Bankruptcy Court for the Southern District of Texas. *See In re Jarrod Reed Erwin*, No. 23-31315-H5-13 (Bankr. S.D.Tx.). Mr. Erwin does not oppose this Motion. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Plaintiffs respectfully request that the Court grant this Motion and sever and stay Plaintiffs' claims against Defendant Jarrod Erwin.

Dated: October 4, 2023.                    Respectfully submitted,


*/s/ Matthew E. Lee*                                    Gregorio A. Francis
Matthew E. Lee                                 **OSBORNE & FRANCIS LAW**
**MILBERG COLEMAN BRYSON**                              **FIRM, PLLC**
**PHILLIPS GROSSMAN, PLLC**                     433 Plaza Real, Suite 271 Boca
900 W. Morgan Street                               Raton, FL 33432
Raleigh, NC 27603                                  (561) 293-2600
919-600-5000                                   Fax: (561) 923-8100
Fax: 919-600-5035                              gfrancis@realtoughlawyers.com
mlee@milberg.com


### *Interim Co-Lead Counsel*


J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com


### *Liaison Counsel*


Dhamian Blue                                   Elizabeth Hopkins
**BLUE LLP**                                    **KANTOR & KANTOR LLP**
P.O. Box 1730                                  19839 Nordhoff Street
Raleigh, NC 27602                              Northridge, CA 91324
919-833-1931                                   818-886-2525
Fax: 919-833-8009                              Fax: 818-350-6274
dab@bluellp.com                                ehopkins@kantorlaw.net


Kenneth S. Byrd                                Dean Graybill
**LIEFF CABRASER**                             **AARP Foundation**
**HEIMANN & BERNSTEIN, LLP**                    601 E Street, NW
222 2nd Ave S                                  Washington, DC 20049
Nashville, TN 37210                            (202) 434-6280
615-313-9000                                   Fax: (202) 434-6424
Fax: 615-313-9965                              dgraybill@aarp.org
kbyrd@lchb.com


2

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

### ***Plaintiffs' Steering Committee***

*Attorneys for Plaintiffs and Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2023, I electronically filed the above with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

<u>/s/ Matthew E. Lee</u>
Matthew E. Lee