Exhibit to February 20, 2024 Joint Status Update
Parties' Proposed Deposition Schedule

| Deponent | Party | Date Range | Location |
| --- | --- | --- | --- |
| Chris Harris | AME | January 29 | Memphis |
| AME ESI 30(b)(6) | AME | February 7 | Atlanta |
| Gloria Peterson | AME | February 9 | Huntsville, AL |
| Continuation of AME ESI 30(b)(6) | AME | February 21 | Memphis, TN |
| Bishop James Davis | AME | March 5 | Atlanta |
| Bishop Samuel Green | AME | March 6 | Atlanta |
| Bishop Clement Fugh | AME | Week of Mar. 10 | Los Angeles |
| Bishop Ingram | AME | Week of Mar. 10 | New York |
| John Combes | Newport | Week of Mar. 18 | Chicago |
| Rosalind Yovovich | Newport | Week of Mar. 18 | Chicago |
| Rodney Brown | Rodney Brown | Week of Mar. 18 | Chicago |
| Rev. Boyd | Plaintiff | Week of March 25 | Richmond |
| Rev. Wade | Plaintiff | Week of March 25 | Richmond |
| Rev. Alexander | Plaintiff | Week of March 25 | Washington, D.C. |
| Financial Freedom Group 30(b)(6) | Financial Freedom Fund | Week of April 1 | St. Louis |
| Financial Freedom Fund 30(b)(6) | Financial Freedom Group | Week of April 1 | St. Louis |
| Trinity Financial 30(b)(6) | Trinity Financial | Week of April 1 | Memphis |
| Scott Bartholomaus | Symetra | Week of Apr. 8 | Seattle |
| Jared Crapson | Symetra | Week of Apr. 8 | Seattle |
| Chelle Chase | Symetra | Week of Apr. 8 | Seattle |
| Gregory Terrell | 3rd Party | Week of Apr. 15 | Detroit |
| Dr. Darryl Franklin | 3rd Party | Week of Apr. 15 | Chicago |
| Bishop Philip R. Cousin, Sr. | AME | Week of Apr. 15 | Chicago |
| Irven Wright | AME | Week of April 22 | Memphis |
| Connie Brown | AME | Week of April 22 | Memphis |
| Dr. James Miller | AME | Week of April 22 | Memphis |
| Dr. Richard Allen Lewis | AME | Week of April 22 | Nashville |
| Jim Daniel | Symetra | Week of April 22 | Nashville |
| Rev. Carmichael | Plaintiff | Week of April 29 | Raleigh |
| Rev. Conley | Plaintiff | Week of April 29 | Raleigh |
| 30(b)(6) of CBIZ | 3rd party | Week of May 6 | St. Louis |
| Bob Eaton | Eaton | Week of May 6 | St. Louis |
| Clay Winfield | 3rd Party | Week of May 6 | St Louis |
| Rev. Pearce Ewing | Plaintiff | Week of May 13 | Jacksonville |
| Rev. Marcius King | Plaintiff | Week of May 13 | Jacksonville |
| Presiding Elder Russ | Plaintiff | Week of May 13 | Tallahassee |

Exhibit to February 20, 2024 Joint Status Update
Parties' Proposed Deposition Schedule

| | | | |
|---|---|---|---|
| Rev. Matthew Ewing | Plaintiff | Week of May 13 | Tallahassee |
| Rev. Jackson | Plaintiff | Week of May 13 | Orlando |
| David Fiszer | Newport | Week of May 20 | Chicago |
| Mark Yahoudy | Newport | Week of May 20 | Chicago |
| Dennis Kass | Newport | Week of May 20 | Chicago |
| Kathy Hastings | Symetra | Week of June 3 | Seattle |
| Bob Follette | Symetra | Week of June 3 | Seattle |
| Erik Shaner | Symetra | Week of June 3 | Seattle |
| Dr. Harris | Dr. Harris/AME | Week of June 24 | Memphis |
| 30(b)(6) AME | AME | Week of June 24 | Nashville |
| 30(b)(6) Symetra | Symetra | Week of July 8 | Seattle |
| 30(b)(6) Newport | Newport | Week of July 8 | Chicago |