**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**PLAINTIFFS' NOTICE OF FILING OF DEPOSITION NOTICES**

Plaintiffs, by and through their undersigned counsel, hereby file the following deposition notices pursuant to paragraph 8 of the Court's Order Establishing Guidelines for Depositions (ECF No. 343):

1. The deposition of Bishop James Davis is set to occur on March 5, 2024 at 10:00 EST. A copy of the deposition notice for that deposition is attached hereto as **Exhibit A.**

2. The deposition of Bishop Samuel L. Green, Sr. is set to occur on March 6, 2024 at 10:00 EST. A copy of the deposition notice for that deposition is attached hereto as **Exhibit B**.

Dated: February 29, 2024.                    Respectfully submitted,

*/s/ Matthew E. Lee*                         Gregorio A. Francis
Matthew E. Lee                               **OSBORNE & FRANCIS LAW**
**MILBERG COLEMAN BRYSON**                   **FIRM, PLLC**
**PHILLIPS GROSSMAN, PLLC**                  433 Plaza Real, Suite 271
900 W. Morgan Street                         Boca   Raton, FL 33432
Raleigh, NC 27603

919-600-5000
Fax: 919-600-5035
mlee@milberg.com

(561) 293-2600
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com

### *Interim Co-Lead Counsel*

J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com

### *Liaison Counsel*

Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

Kenneth S. Byrd
**LIEFF CABRASER
HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S
Nashville, TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

### *Plaintiffs' Steering Committee*

2

## CERTIFICATE OF SERVICE

I, Matthew E. Lee, hereby certify that I caused a copy of the foregoing

**PLAINTIFFS' NOTICE OF FILING OF DEPOSITION NOTICES** to be filed

electronically via the Court's electronic filing system, which served counsel of record

for all parties.

Those attorneys who are registered with the Court's electronic filing system

may access these filings through the Court's system, and notice of these filings will

be sent to these parties by operation of the Court's electronic filing system.

Dated:  February 29, 2024.

*Matthew E. Lee*
Matthew E. Lee