# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

### NOTICE OF DEPOSITION OF BISHOP SAMUEL L. GREEN, SR.

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs will take the oral and videotaped deposition of Defendant of Bishop Samuel L. Green, Sr. on March 6, 2024, beginning at 10:00 a.m. EDT at the Atlanta, Georgia offices of Hunton Andrews Kurth LLP., Bank of America Plaza, Suite 4100 600 Peachtree Street, NE Atlanta, GA 30308, continuing from day to day until completed, as permitted pursuant to ECF No. 165 and 187.

The deposition will be taken before a person duly authorized by law to administer oaths. The deposition will be recorded by video and stenographic means. This deposition is being taken pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the Court.

This the 23rd day of January 2024.

*/s/ Matthew E. Lee*
Matthew E. Lee
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603

919-600-5000
Fax: 919-600-5035
mlee@milberg.com

*Interim Co-Lead Counsel*

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com

*Liaison Counsel*

Gregorio A. Francis
**OSBORNE & FRANCIS LAW FIRM, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600;
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com
Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049

2

(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S
Nashville, TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on the January 23, 2024, I served a copy of the foregoing **NOTICE OF DEPOSITION OF BISHOP SAMUEL L. GREEN, SR.** via electronic mail on all counsel of record.

*/s/ Matthew E. Lee*
Matthew E. Lee

3