UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATON | NO. 1:22-md-03035-STA-jay<br><br>ALL CASES |

ORDER GRANTING NEWPORT GROUP, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
AMEC'S FIRST AMENDED CROSS-COMPLAINT

This matter has come before the Court on Newport Group, Inc.'s ("Newport") Unopposed Motion for Extension of Time to Answer the African Methodist Episcopal Church's ("AMEC") First Amended Cross-Complaint.  (ECF. No. 353.)  AMEC does not oppose the Motion.  Upon due consideration of the Motion and finding good cause shown, the Court hereby **GRANTS** the Motion. Newport Group, Inc. may file its answer to AMEC's First Amended Cross-Complaint on or before April 17, 2024.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Court Judge

Dated: March 12, 2024