UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL DOCKET NO. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## NEWPORT GROUP, INC.'S NOTICE OF FILING DEPOSITION NOTICES

Defendant Newport Group, Inc. ("Newport"), by and through its undersigned counsel, hereby files the following Cross-Notices of Deposition pursuant to paragraph 8 of the Court's Order Establishing Guidelines for Depositions (ECF No. 343).

1. Cross-Notice of Videotaped Deposition of **Bishop Samuel Green, Sr.** scheduled for **March 21, 2024** at **10:00 a.m. EST**, attached hereto as **Exhibit A**.

2. Cross-Notice of Videotaped Deposition of **Bishop Clement Fugh** scheduled for **March 22, 2024** at **10:00 a.m. EST**, attached hereto as **Exhibit B**.

Dated: March 18, 2024

Respectfully submitted,

/s/ Sean C. Abouchedid
Lars C. Golumbic
Sean C. Abouchedid
Mark C. Nielsen
Shaun A. Gates
Larry M. Blocho

1

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 857-0620
Email: lgolumbic@groom.com
sabouchedid@groom.com
mnielsen@groom.com
sgates@groom.com
lblocho@groom.com

*Counsel for Defendant/Cross-Defendant Newport Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March 2024, a true and correct copy of the foregoing document was sent to all counsel of record via ECF system.

*/s/ Sean C. Abouchedid*
Sean C. Abouchedid

2