# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | **MDL DOCKET NO. 1:22-md-03035-STA-jay**<br><br>**ALL CASES**<br><br>**Honorable S. Thomas Anderson** |

**NEWPORT GROUP, INC.'S CROSS-NOTICE OF**
**VIDEOTAPED DEPOSITION OF BISHOP SAMUEL L. GREEN, SR.**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the Court's Order dated February 26, 2024 (ECF 332), counsel for Newport Group, Inc. will take the deposition of **Bishop Samuel L. Green, Sr.** on **March 21, 2024**, beginning at 10:00 a.m. at Hunton Andrews Kurth LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street NE, Atlanta, GA 3038.

The deposition will be taken before a person duly authorized by law to administer oaths. The deposition will be recorded by video and stenographic means. This deposition is being taken pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the Court.

1

Dated: March 18, 2024                     Respectfully submitted,

                                          /s/ Sean C. Abouchedid
                                          Lars C. Golumbic
                                          Sean C. Abouchedid
                                          Shaun A. Gates
                                          Larry M. Blocho
                                          GROOM LAW GROUP, CHARTERED
                                          1701 Pennsylvania Avenue, NW
                                          Washington, D.C. 20006
                                          Phone: (202) 857-0620
                                          Email: lgolumbic@groom.com
                                                 sabouchedid@groom.com
                                                 sgates@groom.com
                                                 lblocho@groom.com

                                          *Counsel for Defendant/Cross-Defendant*
                                          *Newport Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March 2024, a true and correct copy of the

foregoing document was sent to all counsel of record via email.

                                          /s/ Sean C. Abouchedid
                                          Sean C. Abouchedid

2