## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## JOINT UPDATE TO THE COURT
## REGARDING DEPOSITION SCHEDULING

At the May 3, 2024 status conference, the Parties reported issues to the Court pertaining to the scheduling of depositions that had been noticed to take place the week of May 13. In particular, the parties raised issues pertaining to the depositions of defendant Rodney Brown, a Rule 30(b)(6) deposition of defendant Financial Freedom Group, Inc., and a deposition of Newport employee Dennis Kass. The Court ordered the Parties to meet and confer on the scheduling of those depositions and file a notice within 10 days as to whether they were able to resolve these scheduling issues. [ECF No. 391]. The Parties report that they were able to work out the scheduling issues pertaining to these three depositions. Mr. Brown's deposition will take place on May 23, Mr. Kass's deposition will take place on June 13, and the Rule 30(b)(6) deposition of Financial Freedom Group, Inc. will take place on June 26. The parties expect additional depositions may still be scheduled and will endeavor to work cooperatively as to the scheduling of those depositions.

Respectfully submitted this the 13th day of May 2024.

*/s/ Matthew E. Lee*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
mlee@milberg.com

Gregorio A. Francis
**OSBORNE & FRANCIS LAW FIRM, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax: (561) 923-8100
gfrancis@realtoughlawyers.com

***Interim Co-Lead Counsel***

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com

***Liaison Counsel***

Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Richard Schulte
**WRIGHT & SCHULTE LLC**

Benjamin Michael Stoll
Markham Richard Leventhal
Nathaniel G. Foell
**CARLTON FIELDS, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
t: 202-965-8189
f: 202-965-8104
bstoll@carltonfields.com
mleventhal@carltonfields.com
nfoell@carltonfields.com
***Counsel for Symetra Life Insurance Company and Symetra Financial Corporation***

Sean C. Abouchedid
Lars C. Golumbic
Shaun A. Gates
Mark Nielsen
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave NW, Ste 1200
Washington, DC 20006
t: 202-861-6605
sabouchedid@groom.com
lgolumbic@groom.com
sgates@groom.com
mnielsen@groom.com
***Counsel for Newport Group, Inc.***

Bruce McMullen
Mary Wu Tullis
Jennie Vee Silk
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Ave., Ste 2000
Memphis, TN 38103
t: 901-577-2356

865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com

Dean Graybill
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-6280
Fax: (202) 434-6424
dgraybill@aarp.org

Kenneth S. Byrd
**LIEFF CABRASER
HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S
Nashville, TN 37210
615-313-9000
Fax: 615-313-9965
kbyrd@lchb.com

Elizabeth Hopkins
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
ehopkins@kantorlaw.net

*Plaintiffs' Steering Committee*

f: 901-577-2303
bmcmullen@bakerdonelson.com
mtullis@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for the AMEC Defendants*

Samuel Keenan Carter
Gadson W. Perry
**BUTLER SNOW LLP**
6075 Poplar Ave., Suite 500
Memphis, TN 38119
t: 901-680-7200
keenan.carter@butlersnow.com
will.perry@butlersnow.com

*Counsel for Jerome V. Harris*

Clarence A. Wilbon
John Davis Woods, III
Roscoe Green
**ADAMS AND REESE, LLP**
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
t: 901-524-5324
f: 901-524-5414
clarence.wilbon@arlaw.com
john.woods@arlaw.com
roscoe.green@arlaw.com

*Counsel for Financial Freedom
Group, Inc.*

Perry A. Craft
**LAW OFFICE OF PERRY A. CRAFT,
PLLC**
402 BNA Drive, Building 100, Suite 402
Nashville, TN 37217
t: 615-953-3808
f: 615-739-6292
perrycraft@craftlegal.com

*Counsel for Jarrod Erwin*