# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## SYMETRA LIFE INSURANCE COMPANY AND AMEC'S JOINT STATUS UPDATE ON THE AAA ARBITRATION

Pursuant to this Court's Order of December 11, 2023 (ECF No. 316), Symetra Life Insurance Company ("Symetra") and the African Methodist Episcopal Church ("AMEC") provide the following joint status report on the ongoing AAA arbitration between them.

Symetra and AMEC held an initial hearing with the arbitrator on November 29, 2023, after which the arbitrator set a schedule for written discovery and initial briefing on the issue of the scope of the arbitration. In accordance with that schedule, Symetra and AMEC served written discovery requests on each other on February 28, 2024, and responded to those requests on April 5, 2024. Symetra and AMEC agreed that for the sake of efficiency they would both produce in the arbitration all responsive documents that were produced in this MDL proceeding.

Symetra and AMEC submitted position statements on the scope of the arbitration on March 15, 2024, and their responses to those statements on March 25, 2024. The arbitrator held a second hearing on April 12, 2024, during which the arbitrator heard argument on the parties' dispute over arbitrability and the scope of the arbitration. The arbitrator issued Scheduling Order #2, which

sets deadlines and a schedule for resolving the scope of the arbitration. Per the arbitrator's order, Scheduling Order #2 is attached as **Exhibit 1** to this status update.[1]

A hearing on the scope of the arbitration is currently set for July 16, 2024.

Dated: June 18, 2024

Respectfully submitted,

*/s/ Benjamin Stoll*
Markham R. Leventhal
   mleventhal@carltonfields.com
Benjamin M. Stoll
   bstoll@carltonfields.com
Nathaniel G. Foell
   nfoell@carltonfields.com
CARLTON FIELDS, P.A.
1025 Thomas Jefferson St. NW #400W
Washington, DC 20007
Telephone: (202) 965-8189

*Attorneys for Defendant*
*Symetra Life Insurance Company*

*/s/ Bruce A. McMullen*
Bruce A. McMullen
   bmcmullen@bakerdonelson.com
Mary Wu Tullis
   mtullis@bakerdonelson.com
Jennie V. Silk
   jsilk@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 526-2000

---

[1] On June 17, 2024, the Arbitrator granted a modest extension to certain deadlines in Scheduling Order #2. The modified deadline for exchanging the parties' initial respective lists of undisputed material facts with respect to the jurisdictional issues is June 19, 2024. The modified deadline for exchanging responses to those lists of facts is July 2, 2024. The modified deadline for the parties to submit lists of agreed undisputed material facts and disputed material facts to the Arbitrator is July 10, 2024.

-3-

*Attorneys for AMEC and AMEC Ministerial Retirement Annuity Plan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June 2024, a true and correct copy of the foregoing document was sent to all counsel of record via the CM/ECF system.

                */s/ Benjamin Stoll*