# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

## ORDER EXTENDING TIME FOR
## DISCOVERY & PRE-TRIAL DEADLINES

This matter has come before the Court on the Parties' joint request for a 60 day extension of the deadlines in this matter (ECF No. 419). Upon due consideration of the request, as stated at the Status Conference on June 25, 2024 the Court GRANTS the Parties' request and extends the deadlines in this case as follows:

| Event | New Deadline |
|---|---|
| Deadline to complete fact discovery. | September 18, 2024 |
| Deadline for the Parties to request leave to join additional parties and/or to amend the pleadings. After these dates, the Court will consider, inter alia, whether the granting of leave would delay trial. | September 30, 2024 |
| Deadline for Plaintiffs', Cross-Plaintiffs' and Third-Party Plaintiffs' Rule 26(a)(2)(D)(i) disclosures. | October 21, 2024 |
| Deadline for Defendants' and Cross-Defendants' Rule 26(a)(2)(D)(ii) rebuttal disclosures. | November 19, 2024 |
| Deadline for Plaintiffs', Cross-Plaintiffs' and Third-Party Plaintiffs', Rule 26(a)(2)(D)(ii) rebuttal disclosures. | December 20, 2024 |
| Deadline to complete expert discovery. | February 18, 2025 |
| Deadline for Plaintiffs to file a motion for class certification. If there is a need to alter the deadline for moving for class certification or responding to the class certification motion due to delays in the production of the documents or scheduling of depositions, then the parties will work cooperatively to adjust the schedule as necessary and inform the Court if any adjustments may be necessary. | March 21, 2025 |
| Deadline to file dispositive motions and *Daubert* motions. | March 21, 2025 |

IT IS SO ORDERED.

                                                          s/ S. Thomas Anderson
                                                          S. THOMAS ANDERSON
                                                          UNITED STATES DISTRICT COURT JUDGE

                                                          Date: July 1, 2024