IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**SUGGESTION OF DEATH OF REVEREND A. OFFORD CARMICHAEL, JR.**

**PLEASE TAKE NOTICE** under Federal Rule of Civil Procedure 25 that on or about September 10, 2024, plaintiff Reverend A. Offord Carmichael, Jr., passed away. A copy of the Haywood Funeral Home obituary is attached to this filing as **Exhibit A** and is available at the following website:

https://www.haywoodfh.com/obituary/RevAOfford-CarmichaelJr.

Reverend Carmichael is survived by his wife, Janice Lynette Carmichael, and his two adult children, Candace Lynette Carmichael, and Anthony William Carmichael.

Dated: October 11, 2024.

*Interim Co-Lead Counsel*

| | |
|---|---|
| */s/ Matthew E. Lee*<br>Matthew E. Lee<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>900 W. Morgan Street | */s/ Gregorio A. Francis*<br>Gregorio A. Francis<br>**OSBORNE & FRANCIS LAW FIRM, PLLC**<br>433 Plaza Real, Suite 271 |

| | |
|---|---|
| Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>mlee@milberg.com | Boca Raton, FL 33432<br>(561) 293-2600<br>Fax: (561) 923-8100<br>gfrancis@realtoughlawyers.com |

### *Liaison Counsel*

| | |
|---|---|
| J. Gerard Stranch, IV<br>**STRANCH, JENNINGS**<br>**& GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>Fax: (615) 255-5419<br>gstranch@stranchlaw.com | |

### *Plaintiff's Steering Committee*

| | |
|---|---|
| Susan L. Meter<br>**KANTOR & KANTOR LLP**<br>19839 Nordhoff Street<br>Northridge, CA 91324<br>818-886-2525<br>Fax: 818-350-6274<br>smeter@kantorlaw.net | Kenneth S. Byrd<br>**LIEFF CABRASER**<br>**HEIMANN & BERNSTEIN, LLP**<br>222 2nd Ave S<br>Nashville, TN 37210<br>615-313-9000<br>Fax: 615-313-9965<br>kbyrd@lchb.com |
| Dhamian Blue<br>**BLUE LLP**<br>P.O. Box 1730<br>Raleigh, NC 27602<br>919-833-1931<br>Fax: 919-833-8009<br>dab@bluellp.com | Richard Schulte<br>**WRIGHT & SCHULTE LLC**<br>865 S. Dixie Dr.<br>Vandalia, OH 45377<br>937-435-9999<br>Fax: 937-435-7511<br>rschulte@yourlegalhelp.com |
| Julie Nepveu<br>**AARP Foundation**<br>601 E Street, NW<br>Washington, DC 20049<br>(202) 434-2075<br>Fax: (202) 434-6424<br>jnepveu@aarp.org | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing filing has been served upon all counsel of record via the Court's CM/ECF system. The undersigned further certifies that Mrs. Janice Lynette Carmichael, Candace Lynette Carmichael, and Anthony William Carmichael have been served via U.S. Mail, postage prepaid, at the following addresses:

Janice Lynette Carmichael
314 S. Marshall Street
Graham, NC 27253

Candace Lynette Carmichael
9608 Westerdale Drive
Upper Marlboro, MD 20774

Anthony William Carmichael
1703 Angier Ave
Durham, NC 27703

Date: <u>October 11, 2024</u>          /s/ *Matthew E. Lee*
                                        Matthew E. Lee

4