# EXHIBIT C

**Thursday, June 12, 2025 at 11:16:35 Eastern Daylight Time**

**Subject:** Re: Class Member
**Date:** Tuesday, June 10, 2025 at 10:34:32 PM Eastern Daylight Time
**From:** Jeremy Williams
**To:** Charles Scott
**CC:** Matthew Lee, Greg Francis

Rev. Scott,

Thanks for updating us that your son won't be able to speak with us tomorrow.

As we discussed during our call yesterday, it's important that we have an opportunity to understand the basis of the objection that we understand you mailed to the Court last week. Our response to your objection is due to the Court this Thursday, which is why we're trying to discuss this sooner rather than later. During our call, we asked several questions about the basis of your objection, including about the multiplier aspect of our fee request, what you meant when you referred to the "automatic distribution without claims process," and comparable ERISA cases with similar fraud allegations you referred to. For each of those items, you indicated that you didn't know, and that you'd been provided that content from someone else. We asked whether it would be more productive to involve that individual in that phone call rather than continuing to ask questions about the rest of your objection, and you said that it probably would and that you'd see if that individual could join us.

We understand that the individual we were discussing was your son, who is an attorney in Florida, do you know if he would be available to talk with us Thursday morning about this since Wednesday won't work? Thanks again for making time yesterday to speak with myself, Matt Lee, and Greg Francis, hopefully we can connect again Thursday morning.

Thanks,

**Jeremy Williams**
Main: 919-600-5000
Cell: 302-381-8321
www.milberg.com

**From:** Charles Scott <revscott126@gmail.com>
**Date:** Tuesday, June 10, 2025 at 2:15 PM
**To:** Jeremy Williams <jwilliams@milberg.com>
**Subject:** Re: Class Member

Just wanted to update you about tomorrow. My son won't be available to join us on the call. I'll let you know what will work ASAP. Thank you for your understanding.

On Sun, Jun 8, 2025 at 11:49 PM Charles Scott <revscott126@gmail.com> wrote:

Sounds good, talk to you then.

On Sun, Jun 8, 2025 at 9:48 PM Jeremy Williams <jwilliams@milberg.com> wrote:

> Thanks for confirming, I look forward to our conversation.
>
> Thanks,
>
> **Jeremy Williams**
> Main:  919-600-5000
> Cell:  302-381-8321
> www.milberg.com
>
> ---
>
> **From:** Charles Scott <revscott126@gmail.com>
> **Date:** Sunday, June 8, 2025 at 9:40 PM
> **To:** Jeremy Williams <jwilliams@milberg.com>
> **Subject:** Re: Class Member
>
> Yes, that would be great.
>
> On Sun, Jun 8, 2025 at 8:51 PM Jeremy Williams <jwilliams@milberg.com> wrote:
>
>> Rev. Scott –
>>
>> 3:00 tomorrow (Monday) works great. Should I call you at the phone number listed in your objection (419-376-9569)?
>>
>> Thanks,
>>
>> **Jeremy Williams**
>> Main:  919-600-5000
>> Cell:  302-381-8321
>> www.milberg.com
>>
>> ---
>>
>> **From:** Charles Scott <revscott126@gmail.com>
>> **Date:** Sunday, June 8, 2025 at 8:46 PM
>> **To:** Jeremy Williams <jwilliams@milberg.com>
>> **Subject:** Re: Class Member
>>
>>
>> On Sun, Jun 8, 2025 at 8:43 PM Charles Scott <revscott126@gmail.com> wrote:
>>
>>> Thank you for your response. I can best be reached on either day from 2-6pm. Let me know which day and time
>>> works best for you.

2 of 3

On Sun, Jun 8, 2025 at 7:54 PM Charles Scott <revscott126@gmail.com> wrote:

---------- Forwarded message ---------
From: **Charles Scott** <revscott126@gmail.com>
Date: Sat, Jun 7, 2025 at 1:51 PM
Subject: Fwd: Class Member Objection
To: <cls@kulaw.com>


---------- Forwarded message ---------
From: **Jeremy Williams** <jwilliams@milberg.com>
Date: Sat, Jun 7, 2025 at 11:30 AM
Subject: Re: Class Member Objection
To: Charles Scott <revscott126@gmail.com>
CC: Matthew Lee <mlee@milberg.com>, Katharine Batchelor <KBatchelor@milberg.com>

Rev. Scott,

Do you have some time Monday or Tuesday to discuss the concerns you've raised in your objection? Please let me know a couple of times that work for you either day.

Thanks,

> Jeremy Williams
> Main: 919-600-5000
> Cell: 302-381-8321
> www.milberg.com
>
>
> On Jun 6, 2025, at 11:56 PM, Charles Scott <revscott126@gmail.com> wrote:
>
> Please find the my objection for Claim AL-393-646 for your perusal.
> <Class Member Objection of CLS Sr..docx>